NUMBER
13-11-00265-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

EAST RIO HONDO WATER
SUPPLY CORPORATION,   APPELLANT,

 

                                                             v.

 

REY ESQUIVEL,                                                                          APPELLEE.


____________________________________________________________

 

                          On
Appeal from the 444th District Court 

                                      of
Cameron County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

     Before Chief
Justice Valdez and Justices Rodriguez and Garza

Memorandum Opinion
Per Curiam

 








Appellant,
East Rio Hondo Water Supply Corporation, filed an appeal from a judgment
entered by the 444th District Court of Cameron County, Texas, in cause number 2010-03-1739-H. 
Appellant has filed a motion to dismiss the appeal on grounds that it no longer
wishes to pursue its appeal.  Appellant requests that this Court dismiss the
appeal.

The
Court, having considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion that
the motion should be granted.  See Tex.
R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and
the appeal is hereby DISMISSED.  Costs will be taxed against appellant. See
Tex. R. App. P. 42.1(d)
("Absent agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the 

21st day of July, 2011.